IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD HARRIS, JR. | CIVIL ACTION |
| VS. | NO.  02-378935 |
| BUCKS COUNTY PRISON, ET AL | |

### ORDER

AND NOW, this 20th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the Honorable James McGirr Kelly.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court