```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**EDWARD HARRIS, JR.**           :        CIVIL ACTION
            **v.**           :
**BUCKS CO. PRISON, et al.**     :        NO. 02-3789

## O R D E R

AND NOW, this          day of June, 2002, having considered plaintiff's motion to proceed in forma pauperis, and plaintiff having failed to submit a certified copy of his inmate trust fund account statement for the six-month period prior to the receipt of his complaint in this Court on June 17, 2002, as required by 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

    1.   Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

    2.   The Clerk shall CLOSE this case statistically.

                                    **BY THE COURT:**

                                    **EDMUND V. LUDWIG, J.**

---

1. Plaintiff must get such a statement from any facility in which he was confined during the six-month period from December 17, 2001 to June 17, 2002. A notice of filing requiremnets is attached for plaintiff's information.