IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD HARRIS, JR.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **BUCKS CO. PRISON, et al.** | : | **NO. 02-3789** |

### O R D E R

AND NOW, this           day of July, 2002, having considered plaintiff's motion to proceed in forma pauperis (docket no. 4), and plaintiff again having failed to submit a certified copy of his inmate trust fund account statement for the six-month period prior to the receipt of his complaint in this Court on June 17, 2002, as required by 28 U.S.C. § 1915(a),[1] it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is DENIED without prejudice; and

2. The Clerk shall CLOSE this case statistically.

**BY THE COURT:**

**JAMES MCGIRR KELLY, J.**

---

1. Plaintiff must get such a statement from any facility in which he was confined during the six-month period from December 17, 2001 to June 17, 2002.